IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WNS HOLDINGS, LLC, INTELLIGENT
TECHNOLOGIES INTERNATIONAL,
INC., and MARK ALAN EBERWINE,

                                                ORDER

                Plaintiffs,

                                            08-cv-275-bbc

     v.

UNITED PARCEL SERVICE, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      At the conclusion of the claim construction hearing held in this case on January 9, 2009, I construed the contested claims as follows:

1.     Claim 1 of '194 Patent: the term "report the status and location of the aircraft in response to the switch" is construed as "report the status and location of the aircraft when the switch is activated."

2.     Claim 1 of '366 Patent: the term "data link" is construed as "messaging procedure used to transmit and receive data."

3.     Claim 1 '366 Patent: the term "generating an onboard evasive maneuver" is construed as "using position and movement information of multiple aircraft

1

...

for determining on board the aircraft a change in the trajectory of the aircraft to avoid a collision threat."

4. Claim 1 of the '366 Patent: the term "synchronizing the transmission of said evasive maneuver" is construed as "coordinating the timing and manner of the transmission of evasive maneuver so that the transmission can occur without interfering with other transmissions."

5. Claims 28 and 44 of the '132 Patent: the term "a position system . . . for determining the absolute position" is construed as "system for determining the longitude, latitude and altitude of the vehicle with respect to the Earth's center accurate to less than one meter."

6. Claim 28 of the '132 Patent: the term "edges of at least one lane of the roadway" is construed as "sub-meter accurate boundary of a roadway lane."

Entered this 9th day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge