IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WNS HOLDINGS, LLC,
INTELLIGENT TECHNOLOGIES,
INC., and MARK ALAN EBERWINE,

JUDGMENT IN A CIVIL CASE

    Plaintiffs,

Case No. 08-cv-275-bbc

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

This action came for consideration before the court with District Judge Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment of non-infringement is entered in favor of defendant with respect to plaintiffs' claims for infringement of claim 7 of defendant's U.S. Patent No. 5,351,194 and claim 1 of its U.S. Patent No. 6,314,366, and that the remaining claims and counterclaims are dismissed without prejudice.

_Peter Oppeneer_      7/17/09
Peter Oppeneer, Clerk of Court      Date